(March 26, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD E. MOORE, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent. — Appeal dismissed, without costs, on the ground that relator has been released on parole (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

■ In the Matter of the Claim of JAMES KOUTSOURDAIS, Respondent, v. A & C PRECISION, INC., Appellant, and HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, with costs pursuant to section 23 of the Workmen's Compensation Law. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.